# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 21-3193 MJ |
| Fabiola Perez-Cisneros | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D), and 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: <u>Brett A. Day, AUSA</u>  *BDay*

| | |
|---|---|
| <u>SA Allison Gonzales, ATF</u> | ALLISON GONZALES  *Digitally signed by ALLISON GONZALES Date: 2021.09.20 14:46:37 -07'00'* |
| Name of Complainant | Signature of Complainant |

Sworn to before me electronically

| | | |
|---|---|---|
| <u>September 20, 2021</u> | at | <u>Phoenix, Arizona</u> |
| Date | | City and State |

| | |
|---|---|
| HONORABLE MICHAEL T. MORRISSEY | *M Morrissey* |
| <u>United States Magistrate Judge</u> | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1

On or about June 2, 2021, in the District of Arizona, Defendant FABIOLA PEREZ-CISNEROS, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT 2

On or about July 23, 2021, in the District of Arizona, Defendant FABIOLA PEREZ-CISNEROS did knowingly and intentionally possess with intent to distribute 500 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

-1-

## STATEMENT OF PROBABLE CAUSE

I, Allison Gonzales, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF), being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF). I have been appointed as a Special Agent since May 2015. I have received training in the enforcement of the Federal firearms and explosive laws. I have investigated individuals for federal firearms violations, which included firearms trafficking.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.    Title 18, United States Code (U.S.C.) §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) makes it unlawful to engage in the business of dealing in firearms without a license.  Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) makes it unlawful for a person to knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

## PROBABLE CAUSE

3.      On May 4, 2021, your affiant was contacted by Drug Enforcement Administration (DEA) Task Force Officer (TFO) Kozeliski regarding photos he had received of a subject DEA identified as Fabiola PEREZ-Cisneros (DOB: xx/xx/1987, A#: xxx-xxx-647) posting firearms for sale on her Snapchat account. DEA furnished additional information that in addition to providing pricing for all guns posted, PEREZ-Cisneros made statements she could procure large amounts of "Ghost Glocks" and had posted photos and videos of "Minimi" machine guns and swift links for sale. *Note: Ghost Glock is a common term for non-serialized pistols built from kits or manufactured with 3D printers; "Minimi" is the*

1

*shortened term for the French, "Mini Mitrailleuse" or "mini machine gun", manufactured by FN; swift links are drop in AR rifle conversion devices that when installed in the receiver of a rifle convert the firearm to function as a fully automatic weapon. Each swift link is defined as a machinegun per 26 U.S.C. § 5845(b) and in the GCA, 18 U.S.C. § 921(a)(23).* Fabiola PEREZ-Cisneros additionally posted via her Snapchat account claiming she could procure suppressors, in addition to non-National Firearms Act (NFA) firearms, as she brokers guns for multiple sources.

 

2



4.      On June 2, 2021, PEREZ-Cisneros agreed to meet Special Agent (SA) 6225 (UC-1), acting in an undercover capacity, at 3:00 p.m. at the parking lot of Desert Sky Mall, in Phoenix, Arizona.  During the meet, PEREZ-Cisneros agreed to sell one (1) short barrel rifle (SBR) to UC-1 as an initial deal (**Count 1**).

5.      At approximately 3:30 p.m., PEREZ-Cisneros arrived at the location in a black Jeep Rubicon.  PEREZ-Cisneros was accompanied by an Unidentified Male (UM) who was sitting in the front passenger seat of the vehicle.  After UC-1 entered PEREZ-Cisneros' vehicle, the Unidentified Male handed UC-1 a bag which contained a firearm.

6.      The Unidentified Male assured UC-1 that "it" (lower receiver) would last a long time if UC-1 decided to convert it to a fully automatic machine gun.  The UM showed UC-1 the barrel of the firearm and stated it was "only seven and a half" (inches). *Note: any rifle with a barrel length of less than 16 inches is defined as a "Short Barrel Rifle" and meets the definition of an NFA firearm per 26 U.S.C. §5861.*  The Unidentified Male stated he could make the caliber .556, .223, Nato, .223 Wylde, and 300 Blackout.  The UM also stated he could convert the firearm to fire AK rounds.

7.      The UM stated the firearm did not have any serial number on it, and there was no paperwork associated with the firearm.  The Unidentified Male explained it was considered a felony to scratch out the serial number on a firearm.  The Unidentified Male stated he could make any modifications UC-1 wanted on the firearm.

8.      UC-1 then asked PEREZ-Cisneros how much she wanted for the firearm, and PEREZ-Cisneros stated $1,300.00.  UC-1 then handed PEREZ-Cisneros $1,300.00 in cash in United States currency.  UM advised UC-1 to put oil on the firearm because it was brand new. After UC-1 exited the vehicle with the firearm, PEREZ-Cisneros and UM were then observed departing the location in the Jeep Rubicon.

9.      On June 25, 2021, UC-1 contacted PEREZ-Cisneros via an undercover Snapchat account.  PEREZ-Cisneros informed UC-1 she could procure multiple "Ghost Glocks and "Minimis" through the UM.

4

10.    On June 28, 2021, UC-1 contacted PEREZ-Cisneros via her Snapchat account and a deal was set for July 1, 2021, for two fully automatic AK rifles and one ghost Glock, for $4,000.

11.    PEREZ-Cisneros failed to contact UC-1 for the planned July 1, 2021 deal for two fully automatic AK rifles and a ghost Glock.  As a result, on July 3, PEREZ-Cisneros provided UC-1 with the Snapchat profile of the UM, so UC-1 could purchase firearms directly from him.

12.    Additionally, PEREZ-Cisneros provided information via her Snapchat account that she was directly dealing in multi kilo quantities of methamphetamine and fentanyl pills, as well as firearms, posting multiple photos on Snapchat of suspected narcotics.  UC-1 informed PEREZ-Cisneros via Snapchat that he has an associate who wanted to procure two pounds of methamphetamine to test the quality before making a bigger purchase. PEREZ-Cisneros affirmed.

13.    On July 22, 2021, UC-1 contacted PEREZ-Cisneros via Snapchat.  UC-1 asked if PEREZ-Cisneros would be able to meet the following day so UC-1 could pick up the previously discussed methamphetamine.  PEREZ-Cisneros affirmed.  UC-1 also asked PEREZ-Cisneros if she had any firearms available.  PEREZ-Cisneros sent UC-1 a photo of what appeared to be a Draco pistol.  PEREZ-Cisneros notified UC-1 the price for the firearm was $1,700.  UC-1 and PEREZ-Cisneros agreed to meet the following day in the parking lot of Desert Sky Mall, in Phoenix, Arizona, at approximately 12:00 p.m.  A deal was set for July 23, 2021 for one Draco pistol and two pounds of methamphetamine for $4,300.

14.    On July 23, 2021, at approximately 10:08 a.m., UC-1 contacted PEREZ-Cisneros via Snapchat to confirm if she was still available to meet at the agreed upon location. PEREZ-Cisneros replied by sending UC-1 a video of what appeared to be methamphetamine.  PEREZ-Cisneros stated the "toy" (firearm) was ready, however, PEREZ-Cisneros was still waiting on the methamphetamine.  PEREZ-Cisneros stated she wanted to make sure the methamphetamine was good quality before giving it to UC-1.

5

15. At approximately 11:14 a.m., PEREZ-Cisneros contacted UC-1 to notify him that the Draco pistol was no longer available. PEREZ-Cisneros then sent UC-1 a photo of an AK-47 rifle. PEREZ-Cisneros stated the AK-47 rifle would possibly be available later that evening. PEREZ-Cisneros stated the AK-47 rifle would cost $1,800.

16. At approximately 12:19 p.m., UC-1 observed a black Jeep Rubicon arriving to the meet location at Desert Sky Mall, in Phoenix, Arizona. UC-1 identified the driver of the vehicle as PEREZ-Cisneros. UC-1 then exited the vehicle and got into PEREZ-Cisneros' Jeep. While in the vehicle, PEREZ-Cisneros gave UC-1 a plastic grocery bag containing two zip lock bags of what was later determined to be 2.1 pounds (0.95 Kgs) of methamphetamine (**Count 2**). PEREZ-Cisneros agreed to be in contact with UC-1 for future gun deals.

17. Prior to exiting the vehicle, UC-1 handed PEREZ-Cisneros $2,600 cash for the methamphetamine. After PEREZ-Cisneros counted the money, UC-1 agreed to be in contact with PEREZ-Cisneros. UC-1 then exited PEREZ-Cisneros' Jeep Rubicon.

18. On September 14, 2021, PEREZ-Cisneros contacted UC-1 via Snapchat, sending UC-1 multiple photos of firearms identified as "Minimis," and informing UC-1 she could procure as many as he wanted, as well as additional pounds of methamphetamine. On September 16, 2021, PEREZ-Cisneros contacted UC-1 via Snapchat, stating she would be reaching out to her firearm supplier the same day to confirm they would have "Minimis" available for her to pick up to broker the sale for UC-1.

## REQUEST FOR AUTHORIZATION

19. For these reasons, your affiant submits that there is probable cause to believe FABIOLA PEREZ-CISNEROS committed violations of Title 18, U.S.C. §§ 922(a)(1)(A) 923(a), and 924(a)(1)(D), engaging in the business of dealing in firearms without a license; and Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), possession with intent to distribute 500 grams of a mixture or substance containing a detectable amount of methamphetamine.

6

20.  I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

**ALLISON**
**GONZALES**

Digitally signed by ALLISON
GONZALES
Date: 2021.09.20 14:47:19 -07'00'

ALLISON GONZALES
Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives


Sworn to and subscribed electronically this 20th day of September, 2021.

*M Morrissey*

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge

7